IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

LONNY BRISTOW,

    Plaintiff,

vs.                              Civil Action 2:08-CV-1100
                                   Judge Sargus
                                   Magistrate Judge King

WARDEN PHILIP KERNS,

    Defendant.

## ORDER

On November 19, 2008, plaintiff submitted for filing a complaint asserting claims under 42 U.S.C. §1983. Doc. No. 2. On November 24, 2008, plaintiff filed a letter to the Clerk of this Court advising that the issues presented by this action have been resolved. Doc. No. 5.

Under these circumstances, this action is hereby **DISMISSED**.

                                            12-1-2008
                                  Edmund A. Sargus, Jr.
                                  United States District Judge